06 - 551

Edward-Everett:Brown, Jr., Injured Third Party Intervener
c/o 3062 Mozart Drive
Silver Spring [20904] Maryland

district court for the United States
In Care of THE UNITED DISTRICT COURT
DISTRICT OF Delaware

| | | |
|---|---|---|
| EDWARD EVERETT BROWN, JR.<br>Sramineus Homo, US Vessel<br>**Plaintiff** | ) <br>) <br>) <br>) | Case # _____<br>Within the Admiralty |
| V. | ) <br>) | COMMERCIAL NOTICE OF<br>AMENDED PETITION AND |
| GERALD F. MCQUAID, d.b.a. CHEVY<br>CHASE FSB US Vessel V-P BANK OPERATION | ) <br>) <br>) | COMPLAINT WITHIN THE<br>ADMIRALTY PURSUANT TO<br>RCP #3 AND #4 FOR |
| US Vessel and<br>DOES, ROES, and MOES 1 -100 et al<br>**Defendants** | ) <br>) <br>) <br>) | THE PETITION FOR AGREEMENT<br>AND HARMONY IN THE NATURE<br>OF A NOTICE OF INTERNATIONAL<br>COMMERCIAL CLAIM WITHIN THE |
| Edward-Everett:Brown, Jr.,<br>Lien Holder of the Vessel, the Real Party<br>In Interest, Lawful Man<br>**Injured Third Party Intervener/Petitioner<br>/Libellant** | ) <br>) <br>) <br>) <br>) | ADMIRALTY ADMINISTRATIVE<br>REMEDY AND LIBEL OF REVIEW<br>AND ENTRY OF THE CONCLUSIVE<br>EVIDENCE FOR SETTLEMENT AND<br>CLOSURE OF THE ESCROW BY<br>COMMERCIAL AFFIDAVIT/ |
| V. | ) <br>) | PLEADING IN FACT AND POINTS<br>AND AUTHORITIES AND |
| GERALD F. MCQUAID, US Vessel<br>V-P CHEVY CHASE BANK OPERATION,<br>US Vessel And DOES, ROES, and MOES 1 -100<br>et al   **US VESSELS<br>INDIVIDUALLY AND SEVERALLY<br>Third Party Defendants/Libellees** | ) <br>) <br>) <br>) <br>) <br>) <br>) | MEMORANDUM OF LAW |

**COMMERCIAL AFFIDAVIT IN FACT**

FOR AND ON THE RECORD:

THE COURT TAKES JUDICIAL NOTICE WITHIN THE ADMIRALTY OF THE SUM CERTAIN OF THE FACTS AND STATEMENTS HEREIN

#1. COMES NOW THE INJURED THIRD PARTY INTERVENOR/LIBELLANT By

Restricted Appearance pursuant to Special Procedures in Admiralty E (8) and at no time waives any protections within the Admiralty.

## JURISDICTION

#2. This Court is an Admiralty Court and the injured third party petitioner/libellant, intervener sets this action and files this action with the Court Clerk "within the admiralty" pursuant to Special Procedures in Admiralty #Rule E(8), and is appearing in Restricted Appearance IN FACT and that;

#3. All Court Officers are not immune "within the Admiralty" and are accountable for their actions pursuant to The FOREIGN SOVEREIGN IMMUNITY ACT 28 U.S.C. § 1605. Any foreign sovereigns are liable for damages while doing business in the United States. This provision has application since the foreign sovereign – the judges, clerks, etc. – operate on the behalf of a defacto foreign fiction government. Officials are liable for the damages that they commit while doing business in the country IN FACT and that;

#4. This third party action is filed pursuant to 28 U.S.C. §1333 and/or §1337 IN FACT and that;

#5. This court is open for admiralty issues and in this instant action it is a debt obligation and insurable interests that are issues in admiralty IN FACT and that;

#6. This court is authorized in Admiralty ab initio 1789 see 5: Stat. 516, Chapter 188 §: 5 with enactment date August/23/1842 with the authority of the act of September/24/1789: Chapter 20 IN FACT and that;

#7. This action of the injured third party petitioner/libellant, intervener is protected pursuant to The Suits in Admiralty Act, 46 U.S.A. Codes, Appendix, Chapter 20 §§ 742-749 IN FACT and that;

#8. THE SUITS IN ADMIRALTY ACT is a law where the United States and its co-parties specifically waives its immunity in three situations: (1), If the Admiralty suit involves a vessel of the United States (Man's body is named in the action), (U.S. citizen Vessel) (Name in all upper case of the vessel) and (2), Cases that involve cargo belonging to the U.S. and its co-parties. Within the context of this instant action, when the cargo [the paperwork, or lawsuit] of the United States and its co-parties harms us, the United States gives us a blanket waiver of immunity, or (3), if the United States could be sued in the Admiralty if it were a private party, if we are going into an international jurisdiction, (a set aside, fenced territory) every time we go into the Court, we are entitled to sue the United States and its co-parties in the Admiralty as if it were a private party. The cargo is the docket file and the lawsuit and Clerks/Warrant Officers and Judges/Masters are not immune if the cargo is not directed into the Admiralty Court IN FACT and that;

#9. In this instant action all parties are U.S. VESSELS and fit the legal definition of a U.S. Vessel IN FACT and that;

#10. The Court Officers/ Master/ Mariners are liable if they mislead/mis-deliver this action into the wrong Court and the law provides for criminal penalties for compliance failures IN FACT and that;

#11. The Public Vessels Act is applied in this instant action and waives the Court Officer's Immunities pursuant to Title 46 U.S.C. Ch. 22 § 781 and The Bills of Lading Act, Title 49 U.S.C., Ch. 147 § 14709, Title 49 U.S.C. Chapter 801 § 80113 IN FACT and that;

#12. The cargo is shipped via the U.S. Postal Service and all parties are subject to the Postal Codes in this instant action IN FACT and that;

#13. The Bills of Lading Act includes a criminal penalty because the losses suffered by the customers of the shippers can be very great. I use a Bill of Lading/Petition/Complaint in all of my lawsuits. This presentment fits the criteria for a Bill of Lading, meeting all the facts enclosed in any Bill of Lading. The Bill of Lading describes the cargo (the lawsuit), and tells the Court Clerk to carry the suit into the Admiralty Jurisdiction of the Court. The Clerk is a PUBLIC VESSEL and the CARRIER, being a vessel of the United States and its co-parties. This Bill of Lading identifies the cargo as the lawsuit, by describing the suit's postal registry number, which is Registered Mail #RB 715 568 738 US, which is placed on the front page, and by describing the paperwork as having an American flag on the front page of the paperwork.

#14. The Bill of Lading creates a liability for which the damaged party can recover in a suit if the documents are diverted into another venue. If a carrier is found wanting in due diligence concerning the delivery of the cargo, the liability attaches at the time of the diversion of the documents. The Bill of Lading therefore takes away the immunity of Clerks/Warrant Officers and Judges/Masters, if the cargo is not delivered into the Admiralty Court, and adds criminal penalties for compliance failures. Title 49 U.S.C., Ch. 801 § 80116 IN FACT and that;

#15. The Admiralty Extension Act, Title 46 U.S.A. Appendix, Ch 19-A § 740, extends the admiralty jurisdiction inland. All states by law have access to the sea. Therefore any land locked country has an easement, so to speak, across other countries in order to get to the sea. All states have an admiralty jurisdiction in all of their courts IN FACT and that;

## RESTRICTIONS

#1. The Third Party Libellee/Defendants are estopped by the "DOCTRINES OF ESTOPPEL" by "AGREEMENT/CONTRACT" and by "ESTOPPEL BY ACQUIESCENCE".

The Third Party Libellees/Defendants are forever barred from arguing and controverting the issues of the "CONTRACT/CLAIMS" and are bound strictly in their prove up of their response by Affidavit, point for point, under their unlimited liability Commercial Oath and Verification, "within the Admiralty". Failure in confining their position and submissions, oral or written, before this court finds them in Commercial Trespass and Breach of their Contract. This AGREEMENT/ CONTRACT is protected pursuant to US Constitution, Article I Section 10, and the D.C. Codes in regarding "THE IMPAIRMENT OF CONTRACTS".

#2. The Third Party Libellees/Defendants have received Notice of Default, and therefore, should they make a hostile presentment before this court, written or oral, are subject to the provisions of F.R.C.P. RULE 9(h), leading to the Supplements of the Rules of Admiralty, which provides for those who are found in Trespass after a Default are subject to a Certificate of Exigency, which is filed with the Clerk of the Court/Warrant Officer, for an immediate warrant for their arrest.

## FACTS

#1. The injured third party petitioner/libellant, intervener exhausts the Administrative Remedies and serves the third party Libellees, et al. a Petition for Agreement and Harmony in the nature of a NOTICE OF INTERNATIONAL COMMERCIAL CLAIM ADMINISTRATIVE REMEDY File # EEBJ-000945 by Registered Mail on or before March 17, 2006 IN FACT and that;

#2. On or before April 8, 2006, a NOTICE OF FAULT – OPPORTUNITY TO CURE IS SERVED BY Registered Mail upon the Libellees et al. IN FACT and that;

#3. On or before May 3, 2006, a NOTICE OF DEFAULT is served by Registered Mail upon the Libellees, IN FACT and that;

#4. On May 2, 2006, a NOTICE OF NON-RESPONSE is signed and sealed by a Court Officer Notary IN FACT and that;

#5. The May 3, 2006, 2006 IN FACT and that;

#6. The SECOND NOTICE FOR DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW-NOTICE OF FAULT-OPPORTUNITY TO CURE is served on May 23, 2006 IN FACT and that;

#7. The CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW is served on June 9, 2006 IN FACT and that;

#8. The NOTICE OF NOTARIAL PROTEST is signed by the Notary and mailed by Registered Mail # RB 715 569 027 US on July 5, 2006 IN FACT and that;

#9. All parties failed to respond and answer and are in Collateral Estoppel, Tacit Procuration, Stare Decisis, Estoppel by Acquiescence and Res Judicata by Agreement and cannot proceed Administrative or Judicial without committing perjury and causing further injury to the third party libellant IN FACT and that;

#10. The third party libellees can not obtain a dismissal or summary judgment without sworn competent witness testimony and can not do so because they are estopped by their own actions and inactions and any attempts to appear are a hostile presentment before this Court and are further culpable IN FACT and that;

#11. There is no controversy from any party that stands, and this Court is mandated to enforce the Agreement/Contract and grant the relief as sought in the Accounting and True Bill, or they are found in violation of the impairment of contracts pursuant to Article 1, § 10 of the United States Constitution and the D.C. Codes IN FACT and that;

#12. If the court attempts to dismiss the injured third party petitioner/libellant, intervener's claim, it is a VOID JUDGMENT pursuant to FRCP 60 (b)(4) STATEMENTS OF COUNCIL IN BRIEF OR IN ARGUMENT ARE NOT SUFFICIENT FOR **A MOTION TO DISMISS OR FOR SUMMARY JUDGMENT** Trinsey V. Pagliaro D.C. Pa (1964), 229 F. Supp 647 for lack of subject matter jurisdiction and judicial misconduct and Scienter Criminal Act without immunity IN FACT and that;

#13. Any attempts by anyone to trespass the injured third party petitioner/libellant, intervenor's claim Agreement/Contract is committing Criminal Barratry and Piracy on the high seas of Admiralty law IN FACT and that;

#14. The injured third party petitioner/libellant, intervenor holds a priority commercial claim against the debtor named EDWARD EVERETT BROWN, JR., Stramineus Homo, A U.S. Vessel by legal definition,

and no one has an insurable interest other than the injured third party petitioner/libellant, intervenor IN FACT and that;

#15. Because case # EEBJ-000945 is filed on parties within an insolvent state and nation there is an insurance interest issue in this instant action and that Unknown dba CHEVY CHASE BANK FSB, US VESSEL has insured this case and/or bonded under his errors and Omissions Insurance policy; he is found in insurance fraud, mail fraud, wire fraud, and conspiracy to commit such, and undue enrichment, fraud, and numerous other Scienter Acts, including, but not limited to, Continuous Torts IN FACT and that;

#16. The risk management for is under notice that there is continuous irreparable harm and damage to the injured third party petitioner/libellant, intervenor and the bonds and insurance in this instant action belong to the injured third party petitioner/libellant, intervenor, and the substitute plaintiff trustee/third party co-Libellee CHEVY CHASE BANK FSB, US VESSEL is the obligated party and does surrender his Public Hazard Bond and risk management of the by taking such risks in promulgating this instant action in bad faith and fraud and causing an injury in the Public IN FACT and that;

#17. The Third Party Intervenor/Libellant is the Holder in Due Course of the US Vessel and its Trade Name by security agreement and a UCC 1 Financing Statement #0000000181205671 filed with the Secretary of State of Maryland.

#18. The court takes JUDICIAL NOTICE that the conclusive evidence is entered into evidence before the court attached to this pleading as though fully incorporated thereof and is found under the heading PETITION FOR AGREEMENT AND HARMONY IN THE NATURE OF A NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY IN FACT and that;

#19. The court takes JUDICIAL NOTICE that the conclusive evidence is entered into evidence before the court attached to this pleading and is found under the heading UCC-1 FINANCING STATEMENT #0000000181264183 which is conclusive evidence that the Injured Third Party Intervenor/Libellant is the superior lien holder of the US VESSEL and TRADE NAME registered as EDWARD EVERETT BROWN, JR., IN FACT.

**STATEMENTS AND INQUIRES**

1. Libellee(s) admits Libellant is not one and the same as any Artificial Legal Fiction entity 14th Amendment person, individual commercial strawman, co-party organization and trust created by the State or Federal government.
**ANSWER:** [Admits/Acknowledge if no answer is provided]

**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

2. Libellee(s) admits Libellant is an injured party in this matter and not one in the same as any defendant in any action in any State or Federal case.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

3. Libellee(s) admits Libellant is not a beneficiary surety liable party and business partner for any legal fiction entity or number created by any corporation or the federal government, and has never knowingly, willingly, and for certain and fair consideration, ever entered into any contract that would controvert Libellant's claim on non-surety status.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

4. Libellee(s) admits Libellant has a non-privity relationship with all legal fiction entities.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

5. Libellee(s) admits Edward-Everett:brown, Jr.; has not failed to state a claim upon which relief can be granted as evidenced on the commercial registry at the Maryland Secretary of State in the form of UCC 1 and its amendments.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

6. Libellee(s) admits Libellant is an agent for EDWARD EVERETT BROWN, JR., not a trustee or liable party.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

7. Libellee(s) admits they have never disclosed that fines and penalties are based on his voluntary act to contract and agree that all such contracts are void due to their hidden nature and lack of disclosure.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

8. Libellee(s) admits its Officers and Co-parties are committing SCIENTER ACTS (omitting knowledge) in Bad Faith, Fraud Conspiracy, Undue Enrichment, Aiding and Abetting, Willful and Wanton, Irreparable Harm, with Malice and Forethought, Conversion, Commercial War, Commercial Credit Slander and continuous torts.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

9. Libellee(s) admits any immunities, whether Absolute or Limited are not protective in their acts of Bad Faith against EDWARD EVERETT BROWN, JR. and that Am Jur 2nd, Volume 17 (A) Clause #298 applies.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

10. Libellee(s) admits any Collateral Attack on this AGREEMENT/CONTRACT is in Bad Faith and attempts to violate U.S. Constitution Article I, Section 10, "THE IMPAIRMENT OF CONTRACTS" and the D.C. Codes.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

11. Libellee(s) admits has never disclosed the nature and cause and conditions of the contracts in commerce that were executed on the Libellant.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

12. Libellee(s) admits injuring Libellant by willfulness, by error, by intent to mislead, by omission, by confusion, by hidden contracts, by solicitation, by creating revenue, by conversion, and by fraud.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

13. Libellee(s) admits the Libellant notices and its co-partners and the Public that by mistake Libellant has moved in good faith to comprehend and remedy a mistake caused by his misplaced trust and inability to comprehend the motives of those attempting to contract with EDWARD EVERETT BROWN, JR. or Edward-Everett:brown, Jr.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

14. Libellee(s) admits all contracts and agreements and presentments by any and all Government Agent(s), Employees of Government, and Court Officers are expressly induced by Fraud, Coercion, and Extortion upon the Libellant and non-disclosure contracts.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

15. Libellee(s) admits Libellee, Officers have created unsupported commercial documents that were relied upon by third parties to deprive Libellant of property.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

16. Libellee(s) admits no "ANSWER" by legal definition can be provided in any instance neither in part nor in whole and that they are found out and have no excuse and no affirmative defense for their Criminal Acts.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

17. Libellee(s) admits Libellee, Officers have used fictitious names on commercial documents to deprive the Libellant of property.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

18. Libellee(s) admits Libellant has no remedy other than contractual and the elements of mistake, non-jurisdiction and acceptance for value.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

19. Libellee(s) admits Libellee, Officers have made false and fraudulent entries into specially coded files such as Customer Transaction Account and that these files are coded for the purpose of preventing the public and Libellant access to their content so that courts of fiction may rely upon as these files as undisputed evidence.
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

20. Libellee(s) admits, Officers have never made a verified claim or signed an Assessment of Claim under penalty of perjury, true, correct, complete and not misleading re AMEUR BENAOUDIG
ANSWER: [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

21. Libellee(s) admits that, is a fiction and Libellant is a visitor in a court of fiction. Libellant is an actual being of the Creator and is of likeness of character, his law and truth proceeds from the Holy Scriptures which are truth and not inferior to the world of corrupted fiction which has no righteousness in it and is manipulated by those claiming immunity for their acts of confusion, fraud, Scienter Acts and continuous torts.
.ANSWER: [Admits/Acknowledge if no answer is provided]

**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

22. Libellee(s) admits that if the Libellee(s), it's co-parties and officers discover any errors or omissions, legal or otherwise, in or related to this instrument, said agents, officers and co-parties are required to notice the Libellant at the address of the Notary Acceptor only with a point by point description of any such errors and omissions within ten (10) days of receiving this Notice by Certified Mail or forever admit the lawful execution of this Notice as a matter of the public record.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

23. Libellee(s) admits that if a request for additional time to respond is needed, such request must be received by the Libellant at the address of the Notary Acceptor only within the ten (10) days allotted or be forever barred from contest under the doctrine or maxim of Collateral Estoppel. 5 USC §706
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

24 Libellee(s) admits it is mandatory to place themselves under unlimited liability commercial oath to secure integrity in their responses.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

25. Libellee(s) admits the harm created by their Criminal Acts and Acknowledge that the Sum Certain in the True Bill is correct as presented and is to be paid to the Libellant.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

26. Libellee(s) admits that any stall and delay created by them is conversion of the Sum Certain in the Accounting and True Bill of this Commercial Instrument and the Cleopatra Haslip v. Pacific Mutual Life Insurance Supreme Court standard of four (4) Compensatory and two hundred (200) times Punitive Damages shall prevail contractually.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

27. Libellee(s) admits and agrees that the Accounting and True Bill is true, correct complete and certain following the perfection of this Commercial Instrument.
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

28. Libellee(s) admits that if and when they answer this Statement and Inquires, your answer will only be valid with your SSN # attached since Libellant is providing the EDWARD EVERETT BROWN, JR. SSN # 228843399
**ANSWER:** [Admits/Acknowledge if no answer is provided]
**THIRD PARTY DEFENDANTS/LIBELLEES ADMIT AND ACKNOWLEGE IN THE AFFIRMATIVE**

## ACCOUNTING AND TRUE BILL

Libellant is entitled to return of all funds paid by EDWARD EVERETT BROWN, JR. for the years 2005 and 2006, time spent on all letters to personnel and "Acceptance for Value" paperwork through July 31, 2006.

## ACCOUNTING AND TRUE BILL

Libellant is entitled to return of all funds paid by EDWARD EVERETT BROWN, JR. for the year 2005 and 2006 where Libellant issued Commercial Instruments, and was charged fees and fraudulently charged, and $75.00 per hour for all time spent on all letters to **NOTICE**

| | |
|---|---|
| $ 4,500,000.00 | Refund due EDWARD EVERETT BROWN, JR. for year 2006. |
| $ 4,500,000.00 | Funds fraudulently levied |
| $ 525.00 | $75.00/hour for time spent on documents presented by Libellees plus postage |
| $ 9,000,525.00 | Sum Certain of Actual Cost Funds |

## CONVERSION FOR UNAUTHORIZED ACTS AGAINST SECURED PROPERTY

### COMPUTED AS FOLLOWS

| | |
|---|---|
| $ 9,000,525.00 | Sum Certain of Actual Cost Funds |
| x 4 | Rights Violations Compensation Multiplier |
| $ 36,002,100.00 | Compensatory Damages |
| $ 36,002,100.00 | Sum Certain of Actual Cost Funds |
| x 10 | Punitive Compensation Multiplier |
| $ 360,021,000.00 | Punitive Damages |
| $ 36,002,100.00 | Compensatory Damages |
| $ 360,021,000.00 | Punitive Damages |
| $ 396,023,100.00 | Total Damages for Conversion |

### SUM CERTAIN FOR CONVERSION

$ 396,023,100.00 **as of** June 3, 2006

Three Hundred Ninety Six Million Twenty Three Thousand One Hundred Dollars and no cents USD

### CONCLUSION

1. That the Injured Third Party Intervenor/Libellant is demonstrating to this court that he holds in due course the conclusive evidence perfected in Administrative Law that without a doubt or reservation he is the holder in due course of the CLAIM/AGREEMENT/CONTRACT and holds the BOND pursuant to the Uniform Commercial Code IN FACT and that;

2. The Third Party Defendants/Libellees are failing to state a claim by which relief can be granted pursuant to FRCP 12 (b) (6) IN FACT and that;

3. Failure of this court to enter and execute JUDGMENT BY ESTOPPEL in favor of Injured Third Party Intervenor/Libellant is denial of due process and equal access to justice and creates another injury in the public and enlarges the SUM CERTAIN 4 times compensatory and 10 times punitive IN FACT.

## RELIEF SOUGHT

1. That the AGREEMENT/CONTRACT be enforced as the third party/defendants/libellees are in trespass and violation of the AGREEMENT/CONTRACT and are failing to state a claim upon which relief can be granted.

2. That the Court enforce the Administrative findings in the perfected agreement and the order of relief by enforcement of the Agreement/Contract and the accounting and true bill found in the Administrative Findings/Administrative Remedy File #EEBJ-000945, for injury against and sustained by the injured third party petitioner/libellant, intervenor; compensatory damages and punitive damages pursuant to CLEOPATRA HASLIP et al. v. PACIFIC MUTUAL LIFE INSURANCE, INC. 499 U.S.1, 113 Fed 2d 1, 111 § 1032, with a sum certain of $396,023,100.00USD, to be paid in full by the third party libellees by August 15, 2006 will apply to original Libellees and any other DOES, ROES and MOES who trespass the AGREEMENT/CONTRACT JUDGMENT BY ESTOPPEL.

3. That the court expunge the files of all actions in court or other actions of at the Montgomery County Recorder and/or the Maryland Secretary of State of EDWARD EVERETT BROWN, JR., US VESSEL.

4. That the court order a Data Integrity Board and Comptroller of the Currency Investigation pursuant to 5 U.S.C. 552(a)(d) for this instant action.

5. That the Court Clerk/Warrant Officer enforce any Certificates of Exigency for any and all hostile presentments appearing in this court, written or oral, after the default found in the Administrative Law Process, is a Criminal Act, and a Certificate of Exigency will be filed with the warrant officer/court clerk, which mandates a warrant of arrest for all parties now found in criminal acts according to the provisions "within the admiralty."

6. Any other relief deemed appropriate by this Court.

And further Affiant Sayeth Naught

By *[signature]* , affiant
Edward-Everett:brown, Jr.

## COMMERCIAL OATH AND VERIFICATION

Montgomery County                )
                                 )        Commercial Oath and Verification
The State of Maryland            )

Libellant, Edward-Everett;brown, Jr., under his Commercial Oath with unlimited liability proceeding in good faith, being of sound mind states that the facts contained herein are true, correct, complete and certain. I speak the truth, the whole truth and nothing but the truth so help me God.

*Edward-Everett Jr.*

Edward-Everett:brown, Jr., Creditor Libellant/Affiant


The District of Columbia         )
                                 )   ss
Washington                       )

Subscribed before me, _Kathleen A. Toler_ a Notary Public, this _1st_ day of _August_, 2006

_Kathleen A. Toler_
Notary
My Commission Expires March 14, 2009

**State of Maryland**
**Department of**
**Assessments and Taxation**

Charter Division



Robert L. Ehrlich, Jr.
*Governor*

C. John Sullivan, Jr.
*Director*

Paul B. Anderson
*Administrator*

Date: 07/26/2006

EDWARD EVERETT BROWN JR.
3062 MOZART DRIVE
SILVER SPRING            MD 20904

This letter is to confirm acceptance of the following filing:

```
FILE NUMBER         : 0000000181264183
TYPE OF REQUEST     : AMENDMENT
DATE FILED          : 07/19/2006
TIME FILED          : 12:45 PM
BASE FEE            : $25.00
ACKNOWLEDGEMENT     : 1000361993428907
CUSTOMER ID         : 0001822994
WORK ORDER NUMBER   : 0001266032
```

PLEASE VERIFY THE INFORMATION CONTAINED IN THIS LETTER. NOTIFY THIS DEPARTMENT
IN WRITING IF ANY INFORMATION IS INCORRECT. INCLUDE THE CUSTOMER ID AND THE WORK
ORDER NUMBER ON ANY INQUIRIES.

UCC Division
Baltimore Metro Area (410) 767-1459
Outside Metro Area (888) 246-5941

| TRANSACTION TYPE | FEES REMITTED |
|---|---|
| ___ UO - Original Financing Statement | $25.00 |
| ___ UOA - Original Financing Statement With Assignment | $25.00 |
| ___ UOTU - Original Financing Statement Transmitting Utility | $25.00 |
| ✓ UMA - Amendment | $25.00 |
| ___ UMDA - Amendment - Debtor Added | $25.00 |
| ___ UMDC - Amendment - Debtor Name Change | $25.00 |
| ___ UMDD - Amendment - Debtor Deleted | $25.00 |
| ___ UMSA - Amendment - Secured Party Added | $25.00 |
| ___ UMSC - Amendment - Secured Party Name Change | $25.00 |
| ___ UMSD - Amendment - Secured Party Deleted | $25.00 |
| ___ UMC - Amendment - Continuation | $25.00 |
| ___ UMT - Amendment - Termination | $25.00 |
| ___ UMZ - Amendment - Assignment | $25.00 |
| ___ UMZP - Amendment - Partial Assignment | $25.00 |
| ___ UMCS - Amendment - Correction Statement | $25.00 |
| ___ UOMH - Manufactured Home - Original Financing Statement | $25.00 |
| ___ UOPF - Public Finance - Original Financing Statement | $25.00 |
| ___ Documents Nine (9) Pages or More | $75.00 |
| ___ Certified Copies | |
| ___ Plain Copies | |
| TOTAL FEES: | 25.00 |

```
1000361993428907

Affix Text Label Here
RECORDED ON 07/19/2006  AT 12:45 PM
IN THE FINANCING RECORDS OF THE MD. ST.
DEPARTMENT OF ASSESSMENTS AND TAXATION.
WO # 0001266032   ACK # 1000361993428907
ORIGINAL FILE NUMBER:   0000000181264183
LIBER:   U00467   FOLIO: 0779 PAGES: 0004
RECORDING FEE:                    25.00
EXPEDITED FEE:                     0.00
```

___ Other Change(s)

Code _____

Attention: _____

EDWARD EVERETT BROWN JR.
3062 MOZART DRIVE
SILVER SPRING            MD 20904

**NO FEE TRANSACTION TYPES**

___ URC - Copies
___ UNCP - Void - Non-Payment
___ UCC - Cancellation
___ UCR - Reinstatement
___ UCO Departmental Action
___ UCREF - Refund Recordation Tax
___ UCIS - Incorrect ID Number
___ XOVRU - UCC Overrides
___ UMFC - Filing Office Correction Statement

METHOD OF PAYMENT

Cash ____  Check ✓  Credit Card ____

Number of Checks ____

COMMENT(S):

```
CUST ID: 0001822994
WORK ORDER: 0001266032
DATE: 07-26-2006  10:31 AM
AMT. PAID: $25.00
```

**UCC FINANCING STATEMENT AMENDMENT**
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]

2006 JUL 19 PM 12 45

B. SEND ACKNOWLEDGMENT TO: (Name and Address)

Edward Everett Brown, Jr.
3062 Mozart Drive
Silver Spring, MD 20904

CUST ID: 0001822994
WORK ORDER: 0001266032
DATE: 07-26-2006 10:31 AM
AMT. PAID: $25.00

1a. INITIAL FINANCING STATEMENT FILE #   0000000181264183

2. ☐ TERMINATION: Effectiveness of the Financing Statement identified above is terminated with respect to security interest(s) of the Secured Party authorizing this Termination Statement.
3. ☐ CONTINUATION: Effectiveness of the Financing Statement identified above with respect to security interest(s) of the Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law.
4. ☐ ASSIGNMENT (full or partial): Give name of assignee in item 7a or 7b and address of assignee in item 7c; and also give name of assignor in item 9.
5. AMENDMENT (PARTY INFORMATION): This Amendment affects ☐ Debtor or ☐ Secured Party of record. Check only one of these two boxes.

8. AMENDMENT (COLLATERAL CHANGE): check only one box.
Describe collateral ☐ deleted or ☐ added, or give entire ☐ restated collateral description, or describe collateral ☐ assigned.

**PLEASE REFER TO SCHEDULE A ATTACHED HERETO, CONSISTING OF 1 PAGE**

9. NAME of SECURED PARTY of RECORD AUTHORIZING THIS AMENDMENT

| 9b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| Brown | Edward | Everett | Jr. |

10. OPTIONAL FILER REFERENCE DATA
Secured Party Creditor Without Recourse UCC 1-308: *Edward-Everett:[signature]*

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT (FORM UCC3) (REV. 07/29/98)
FORM SHOULD BE TYPEWRITTEN OR COMPUTER GENERATED

## EXHIBIT A

Pursuant to Debtor's dishonors, Debtor agrees to provide a BANKRUPTCY FORM 5 in accord with 11 USCA 303 which is a property description list of all the property held in CHEVY CHASE BANK FSB name. Creditor will take the equity and place it for sale and proceed to liquidate the personal property and take control of CHARTER NUMBERS F02131621; 0048C31208234006 (686477) and FDIC certification number (32324) for settlement of this account. Debtor additionally agrees to being placed on a UCC-3 Financing Statement as DEBTOR by tacit procuration by Debtors failure/refusal or choice not to respond. A Declaration of Involuntary Bankruptcy and the above Charter Numbers and FDIC Number along with All of Debtor's right, Title, interest (but not its duties or obligations) in and to (i) the Debtor's units are (as such term is defined in the Secured Party Agreement described below), now owned or hereafter acquired a list of Debtor's collateral. Upon filing the UCC-3 form with the Secretary of State of Maryland, the liquidation and disposition of property will be executed immediately.

Secured Party Agreement", other than Debtors right title and interest in and to units (as defined in Secured Party Agreement); (iii) all accounts and general intangibles consisting of, relating to or otherwise arising out of Debtor's right, title, interest, or claim (but not its duties or obligations) in and to all allocations, distributions, and rights to payment of every kind with respect to the Pledged units, under and by virtue of Secured Party Agreement and all proceeds thereof, however evidenced; and (iv) any and all properties (whether cash or in-kind) received in liquidation or as allocations or distributions from Secured Party Fund with respect to the Pledged Units, or under the Secured Party Agreement.

**VALUE OF TRUE BILL $396,023,100.00USD (THREE HUNDRED NINETY-SIX MILLION TWENTY THREE THOUSAND ONE HUNDRED 00/100) THIS SCHEDULE "A" IS PURSUANT TO UCC 9-609 AND HJR 192 JUNE 5, 1933, PUBLIC POLICY 73-10.**

2006 JUL 19 PM 12 46

| UCC FINANCING STATEMENT AMENDMENT ADDENDUM |
|---|
| FOLLOW INSTRUCTIONS (front and back) CAREFULLY |
| 11. INITIAL FINANCING STATEMENT FILE # (same as Item 1a on Amendment form) |
| 0000009131264183 |
| 12. NAME OF PARTY AUTHORIZING THIS AMENDMENT (same as Item 9 on Amendment form) |
| 12a. ORGANIZATION'S NAME |
| OR 12b. INDIVIDUAL'S LAST NAME: Brown, Jr. | FIRST NAME: Edward | MIDDLE NAME, SUFFIX: E. |
| 13. Use this space for additional information |

2006 JUL 19 PM 12:05

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

This Financing Statement is Actual and Constructive Notice of Commercial Lien in the form of NOTICE OF INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY 28 U.S.C. §1333 and §1337 NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR, and Default Judgment pursuant to FILE # EEBJ-000945. Libellee's failure to respond too NOTICE OF FAULT-OPPORTUNITY TO CURE, NOTICE OF DEFAULT, FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, and CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW, The Libellees have Dishonored the Notice of International Claim within the Admiralty Administrative Remedy of Edward-Everett: brown, Jr. This NOTARIAL PROTEST is NON-NEGOTIABLE and NOTICE OF ADMINISTRATIVE JUDGMENT and CERTIFICATE OF DISHONOR to which debtors have admitted the statement, claims, and answers to the inquiries by tacit procuration. This ADMINISTRATIVE JUDGMENT is stare decisis, res judicata and collateral estoppel. This NOTICE OF INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY 28 U.S.C. §1333 and §1337 NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT CERTIFICATE OF DISHONOR, and Default Judgment pursuant to FILE # EEBJ-000945 is referenced via RB 715 569 027 US to the Debtor, and the US Department of the Treasury via RB 715 569 035 US, VALUE OF TRUE BILL $396,023,100.00USD (THREE HUNDRED NINETY-SIX MILLION TWENTY THREE THOUSAND ONE HUNDRED 00/100) THIS FILING IS PURSUANT TO UCC 9-609, HJR 192 JUNE 5, 1933, PUBLIC POLICY 73-10 and 23 UST; Ambassador/Diplomat is deemed inviolable and protected under the US Treaties and Other International Agreements – Multi Diplomatic Relations April 18 1961, 23 UST 3227-3250 .United Nations Conference on Diplomatic Intercourse and Immunities. Vienna Convention On Relations, Entered into Force with Respect to the United States of America December 13 1972...By the President of the United States of America. The following Articles are now Public Record and in Full Effect for the above Ambassador/Diplomat. 1. Article 29 Diplomatic Immunity not be arrested nor detained under any circumstances, and to be protected against any attack on his person, freedom and dignity. 2. Article 30 …Protection of Private Property…… that includes, papers, correspondence and all possessions on said property. 3. Article 26…Freedom of Movement and Travel. 4. Article 31 …Immunity from Criminal/Civil/Administrative Procedures…5. Article 33 Exempt from Social Security, under the Multilateral Agreement. 6. Article 34 Exempt From Taxes and Dues..23 UST 3240…These Articles are now in Effect, Under International Law………….Edward-Everett:Brown, Jr. Apostille # 175034, Ambassador/Diplomat, Secured Party, Sui Juris, Creditor, Autochthon.

This Financial Statement is Stare Decisis Permanent Public Record and Irrevocable except by Secured Party Creditor UCC1-308

FILING OFFICE COPY — NATIONAL UCC FINANCING STATEMENT AMENDMENT ADDENDUM (FORM UCC3Ad) (REV. 07/29/98)

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Edward-Everett:Brown, Jr.

**DEFENDANTS**
CHEVY CHASE FSB d.b.a. Gerald F. McQuaid

(b) County of Residence of First Listed Plaintiff: **Montgomery**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: **Montgomery**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☒ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☒ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

*PERSONAL INJURY*
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

*PERSONAL INJURY*
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

*PERSONAL PROPERTY*
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
  Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN (Place an "X" in One Box Only)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity): **Article III**

Brief description of cause: **Foreign Jurisdiction**

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                        DOCKET NUMBER

DATE                         SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE