O 6 - 5 5 1

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Edward-Everett: brown, Jr., CREDITOR, SECURED PARTY

FILE #EEBJ-000945                    Registered Mail #RB 715 569 027 US



Edward-Everett: brown, Jr., Secured Party
Montgomery County
The State of Maryland
United States of America 1776 AD

Petition for Agreement and Harmony within the admiralty in the Nature of a

NOTICE OF INTERNATIONAL COMMERCIAL
CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

28 U.S.C. §1333 and §1337

NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT
CERTIFICATE OF DISHONOR

FILE # **EEBJ-000945**

Date: July 3, 2006

Libellant:   Edward-Everett:brown, Jr., Creditor Secured Party,
C/o Andrew I. Chance, Notary Acceptor
6308 Willow Way
Clinton [20735] Maryland

Libellee:   GERALD F. MCQUAID, Et al.
CHEVY CHASE BANK
6200 CHEVY CHASE DRIVE
LAUREL, MD 20707.

| | |
|---|---|
| PHILLIP J. COLLINS | ATTORNEY/ACTOR |
| EQUIFAX | CORPORATION |
| ESPERIAN | CORPORATION |
| TRANSUNION | CORPORATION |

In care of:   Phillip J. Collins et al
PROTAS, SPIVOK & COLLINS, LLC
4550 Montgomery Avenue, North Lobby Two, Suite 1125
Bethesda, MD 20814

Libellee is additionally subject to postal statutes and the jurisdiction of the Universal Postal Union.

Libellee's failure to respond to the NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY OF Edward-Everett: brown, Jr., CREDITOR, SECURED PARTY, has put Libellee in default as witnessed by the Notary Acceptor in the sequence of the following events:

1. The Libellant served a AFFIDAVIT OF COMMERCIAL TRUTH WITHIN ADMIRALTY ADMINISTRATIVE REMEDY of Edward-Everett: brown, Jr., CREDITOR, SECURED PARTY, upon the Libellees on March 28, 2006 allowing Ten (10) days to respond. Notary Acceptor, Andrew I. Chance certifies no timely response is made by Libellees.

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of** Edward-Everett: brown, Jr., **CREDITOR, SECURED PARTY**

FILE #EEBJ-000945                                        Registered Mail #RB 715 569 027 US

2. The Libellant served a NOTICE OF FAULT-OPPORTUNITY TO CURE upon the Libellees allowing three (3) days to cure plus three (3) days for mailing. Notary Acceptor, Andrew I. Chance certifies no timely response is made by Libellees.

3. The Libellant served a NOTICE OF DEFAULT upon the Libellees on or about April 8, 2006. Notary Acceptor, Andrew I. Chance certifies no timely response is made by Libellees.

4. On May 3, 2006 the Libellant served a FIRST NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW. Notary Acceptor, Andrew I. Chance certifies no timely response is made by Libellees.

5. On May 31, 2006 the Libellant served a SECOND NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW. Notary Acceptor, Andrew I. Chance, certifies no timely response is made by Libellees.

6. On June 9, 2006 the Libellant served a CONTRACTUAL AND FINAL NOTICE OF DEMAND AND SETTLEMENT FOR CLOSING OF THE ESCROW. Notary Acceptor, Andrew I. Chance certifies no timely response is made by Libellees.

7. The Libellees have Dishonored the Notice of International Claim within the Admiralty Administrative Remedy of Edward-Everett: brown, Jr. This NOTARIAL PROTEST is NON-NEGOTIABLE and NOTICE OF ADMINISTRATIVE JUDGMENT and CERTIFICATE OF DISHONOR to which you have admitted the statement, claims, and answers to the inquiries by *tacit procuration*. This ADMINISTRATIVE JUDGMENT is *stare decisis, res judicata* and *collateral estoppel*.

9. The Libellant appeared before me under oath and has sworn that he has not received a timely response and answer, by legal definition or settlement from the Libellees.

10. Edward-Everett: brown, Jr. is HOLDER IN DUE COURSE of this account and the Commercial Matter contained therein by operation of law and the debt will be recorded on a UCC 3 Financing Statement with the Secretary of State of Maryland

**AFFIDAVIT OF NEGATIVE AVERMENT**

As of this date July 3, 2006 the undersigned Notary Acceptor has not received a timely response to the Libellant's documents from the Libellees or any other agents.

**NOTARIAL PROTEST CERTIFICATE**

1. The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Agreement/Contract, and to present this **ADMINISTRATIVE JUDGMENT BY ESTOPPEL** in accordance with UCC 3-509.

2. This Notarized Document is served to the Libellees for demand for payment on July 3, 2006

3. This Notarized Document is the official **CERTIFICATE OF DISHONOR** of the Notice of International Commercial Claim within the Admiralty Administrative Remedy Contract File EEBJ-000945, Registered # RB 715 569 027 US

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Edward-Everett: brown, Jr., CREDITOR, SECURED PARTY

FILE #EEBJ-000945            Registered Mail #RB 715 569 027 US

The above Affidavit is certified true, correct, complete, and certain, under the penalty of Perjury.

By: _____Sandra F. Hutton_____ Notary Public under court seal in her capacity as

a Notary in good standing with the District of Columbia.

The above named affiant, personally known to me, appeared before me a Notary, Sworn and under Oath this ___3___ day of ___July___, 2006.

_____[signature]_____

Notary        My Commission Expires 9/14/2010



NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Edward-Everett: brown, Jr., CREDITOR, SECURED PARTY

FILE #EEBJ-000945                           Registered Mail #RB 715 569 027 US

## DEFAULT JUDGMENT - DECISION

having the same effect as Res Judicata and Stare Decisis

District of Columbia    )        **NOTICE TO AGENT IS NOTICE TO PRINCIPAL**

                        ) ss     **NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

Washington              )

Based on the attached affidavit entitled "Notarial Protest, RE: NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALITY ADMINISTRATIVE REMEDY Private Contract, hereinafter "Contract", and the evidence file into the court records attached to said affidavit in the form of a CERTIFICATE OF DISHONOR. all of which has been presented to this panel.

## JUDGMENT

IT IS THE JUDGMENT OF THIS PANEL THAT:

1. Libellant is a Secured Party/Creditor over the property of EDWARD EVERETT BROWN, JR.

2. On eight occasions Libellant properly noticed Libellee(s), in their private capacity and in his public capacity as an agent for UNITED STATES, of the Contract and Libellee(s) corresponding duty to respond, and that Libellant properly commenced, continued, and concluded said Contract.

3. Libellee(s) failed to answer, or return Registered Promissory Notes and Bonds or otherwise respond, and therefore stands in agreement with Libellant.

4. Maxims of law in support of Libellant's request to this panel are:

**NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY**
**of** Edward-Everett: brown, Jr.**, CREDITOR, SECURED PARTY**
FILE #EEBJ-000945                                    Registered Mail #RB 715 569 027 US

*An unrebutted affidavit is a judgment in commerce.*

*In commerce truth is sovereign.*

*Truth is expressed in the form of an affidavit.*

*A lien or claim can be satisfied only through rebuttal by counter affidavit point-for-point, resolution by jury, or payment.*

*The proof lies on him who affirms, not on him who denies.*

*The agreement of the parties makes the law of the contract.*

*A man's word is his bond.*

*For truth to be established, it must be expressed.*

*Silence is agreement.*

*He who leaves the battlefield first loses by default.*

*When a party has a duty to speak, his silence equates with fraud.*

*An accessory follows the nature of his principal.*

*A contract founded on a base or unlawful consideration, or against good morals, is null.*

*Sacrifice is the measure of credibility. One who has not been damaged or injured by, given to, lost on account of, or put at risk by another has no basis to make claims or charges against Libellant.*

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Edward-Everett: brown, Jr., CREDITOR, SECURED PARTY

FILE #EEBJ-000945                                  Registered Mail #RB 715 569 027 US

# DECISION

THEREFORE, IT IS THE DECISION OF THIS PANEL that the parties have reached the following agreement:

1. Libellant has exercised his power of acceptance and has accepted all offers made by Libellee(s) to contract and therefore has undisputed ownership of the Contract.

2. Libellee(s) has agreed that :Edward-Everett:Brown, Jr. is in fact the Secured Party/Holder-in-due-Course in this matter, and has agreed to all of the terms and conditions set forth in the Contract.

3. Libellee(s), in their private and public capacities as agent for UNITED STATES, failed to state a claim upon which relief can be granted, against the property of EDWARD EVERETT BROWN, JR., which is currently pledged as security to the Libellant.

4. Libellee(s) have agreed to be subject to Involuntary Bankruptcy in their private and public capacities.

5. Libellee(s) claims are unenforceable ab initio.

6. **Judgment in the value of** $396,023,100.00 (Three Hundred Ninety Six Million Twenty Three Thousand One Hundred USDollars and no cents)

7. ENTRY WRIT OF

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Edward-Everett: brown, Jr, CREDITOR, SECURED PARTY

FILE #EEBJ-000945                                Registered Mail #RB 715 569 027 US

Done this 3RD day of July, Two Thousand Six.

Subscribed and sworn to before me, in my presence, this 3rd day of July, 2006, a Notary Public in and for the District of Columbia.

_____
Tosha Link
Notary Public District of Columbia
My Commission expires March 14, 2010

L.S. ___Tink_____ (SEAL)
disinterested third party, as private administrative judge

District of Columbia: SS
Subscribed and Sworn to before me this 3rd day of July 2006
_____
Notary Public, D.C.
My Commission Expires November 30, 2005 Dec. 14, 2010

L.S. ___MM_____ (SEAL)
disinterested third party, as private administrative judge

Enyinnaya Udo
Notary Public, District of Columbia
My Commission Expires 10-14-2008

L.S. ___[signature] 7/3/06_____ (SEAL)
disinterested third party, as private administrative judge

District of Columbia      )
                          ) ss
Washington                )

Enyinnaya Udo
Notary Public, District of Columbia
My Commission Expires 10-14-2008

ACKNOWLEDGEMENT

For the purpose of verification of signatures and for public notice, I the undersigned Notary Public, being commissioned in the District of Columbia noted above, do declare on the 3 day of July, 2006, the one known to me to be, or who proved to me to be :Edward-Everett:Brown, Jr. did execute this document before me.

_____
Notary Public

My Commission Expires 9/14/2010
My Commission expires

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Edward-Everett: brown, Jr., CREDITOR, SECURED PARTY

FILE #EEBJ-000945                                   Registered Mail #RB 715 569 027 US

# IN ADMIRALTY

# FINAL NOTICE OF DEBT COLLECTION

*[signature]*
:Edward-Everett:Brown, Jr.© , Secured Party, Creditor

SUBCRIBED TO AND SWORN before me this 3^RD____, day of July, A.D. 2006, a Notary, that Edward-Everett:Brown, Jr., personally appeared and known to me to be the man whose name subscribed to the within instrument and acknowledged to be the same.

*[signature]* Notary Public in and for said District of Columbia

My Commission expires;        My Commission Expires 9/14/2010

NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY, ADMINISTRATIVE REMEDY
of Edward-Everett: brown, Jr., CREDITOR, SECURED PARTY

FILE #EEBJ-000945        Registered Mail #RB 715 569 027 US

# IN ADMIRALTY

# NOTICE OF COMMERCIAL LIEN