IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| EDWARD EVERETT BROWN, JR., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 06-551-*** |
| | ) | |
| GERALD F. MCQUAID d/a/a Chevy Chase FSB US Vessel V-P Bank Operation, et al., | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this __3__ day of January, 2007, the complaint in the above-caption case having been filed without payment of the $350.00 filing fee or an application to proceed informa pauperis, and plaintiff making no response to the Clerk of the Court's letter dated September 7, 2006, regarding the same (D.I. 3);

IT IS ORDERED that, on or before **January 31, 2007**, plaintiff shall show cause why this case should not be dismissed for failure to pay the filing fee or submit the appropriate documents for leave to proceed in forma pauperis.

Honorable Mary Pat Thynge
U.S. Magistrate Judge