

06 551 \*\*\*

# UNITED STATES DISTRICT COURT OF DELAWARE

**FILED FEB - 1 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE**

BD scanned

## LETTER ROGATORY

I, Ambassador Edward-Everett:Brown, Jr. Ambassador/Diplomat Apostille # 175034 comes to this Court to appoint The Clerk of US District Court of Delaware Peter T. Dalleo fiduciary to file this judgment in miscellaneous, stamp a copy and return the other copy in the enclosed envelope. This is in accord with and pursuant to HJR-192 June 5, 1933 Public Policy 73-10 and Diplomat Apostille # 175034 which is deemed inviolable and protected under the US Treaties and Other International Agreements --Multi Diplomatic Relations April 18 1961, 23 UST 3227-3250 .United Nations Conference on Diplomatic Intercourse and Immunities. Vienna Convention On Relations, Entered into Force with Respect to the United States of America December 13, 1972...By the President of the United States of America. The following Articles are now Public Record and in Full Effect for the above Ambassador/Diplomat. 1. Article 29 Diplomatic Immunity not be arrested nor detained under any circumstances, and to be protected against any attack on his person, freedom and dignity. 2. Article 30 ...Protection of Private Property......that includes, papers, correspondence and all possessions on said property. 3. Article 26...Freedom of Movement and Travel. 4. Article 31

...Immunity from Criminal/Civil/Administrative Procedures. 5. Article 33 Exempt from Social Security, under the Multilateral Agreement. 6. Article 34 Exempt From Taxes and Dues..23 UST 3240...These Articles are now in Effect, Under International Law. Pursuant to the above documentation the attached order must be reevaluated for this Foreign Judgment has been rendered pursuant to the Admiralty Administrative Process 28 U.S.C. §1333 and §1337. Let the Court be Served Notice that this Tort Claim and Remedy remain in the Miscellaneous File or the Red File for recordation purposes. If the Court so chooses to violate the above Treaties to protect this Corporation Notice will be Served to the Proper Agencies.

*[signature]*
Edward-Everett:Brown, Jr. Without Recourse UCC-1-308 Secured Party Creditor, Sui Juris Creditor, Ambassador/Dipl, Apostille # 175034, Vienna Convention 23 UST 3227-3250, Great Seal Of The Republic of Maryland # 65514

E. Brown
P.O. Box 412
Burtonsville, MD 20866




Peter T. Dalleo
Office of the Clerk
United States District Court of DE
844 N. King Street, Lockbox 18
Wilmington, DE 19801-3570